# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No: 17 C 50072 |
| Trademark Flooring, Inc., | ) ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [21] from the magistrate judge that this court grant plaintiffs' motion for default judgment and award damages in the amount of $122,352.15. Any objection to the R&R was to be filed by July 3, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full, grants plaintiffs' motion for default judgment [16], and awards damages to plaintiffs in the amount of $122,352.15. This case is closed.

Date: 7/6/2017

ENTER:

_____

FREDERICK J. KAPALA

District Judge